ORIGINAL

RECEIVED
SEP 5 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
SEE ATTACHED ALPHABETIZED, NUMBERED LIST

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Martin E. Wolf

Firm Name: Quinn, Gordon & Wolf, Chtd.

07-650 L

Post Office Box:

Street Address: 102 W. Pennsylvania Ave., Suite 402

City-State-Zip: Towson, MD 21204

Telephone & Facsimile Numbers: 410-825-2500; 410-825-0066 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 2
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: N A V
See attached sheet for three-digit codes.

Amount Claimed: $500,000,000
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

| | | | | | | |
|---|---|---|---|---|---|---|
| No. | 1 | Thomas H. Askins, Jr. and Evalyn Askins. | 879 Winwood Drive | Virginia Beach | VA | 23451 |
| No. | 2 | James H. Bergey, Jr and Rose Ann M. Bergey | 2117 Mt. Pleasant Road | Chesapeake | VA | 23322 |
| No. | 3 | Morris L. Deal and Nancy M. Deal | 1337 Land of Promise Road | Chesapeake | VA | 23322 |
| No. | 4 | Morris L. Deal and Nancy M. Deal | 1332 Land of Promise Road | Chesapeake | VA | 23322 |
| No. | 5 | J. Brian Donnelly and Patricia G. Donnelly | 1351 Penguin Circle | Virginia Beach | VA | 23451 |
| No. | 6 | Paule E. Weisberg and Constance H. Weisberg | 509 Winston Salem Avenue | Virginia Beach | VA | 23451 |