**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THOMAS H. ASKINS, JR., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 07-650 |
| v. | ) | Judge Victor J. Wolski |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE FOR THE UNITED STATES**

Please enter the appearance of Steven D. Bryant as attorney of record for the United States in the above-referenced action. Electronic mail should be sent to steven.bryant@usdoj.gov.

Service of papers by regular mail should be addressed to:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(Telephone: 202-305-0424)
(FAX 202-305-0506)

Express or courier deliveries should be addressed to:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
Patrick Henry Building
601 D Street, N.W., Rm. 3120
Washington, D.C. 20004
(Telephone: 202-305-0424)
(FAX 202-305-0506)

Dated: September 18, 2007.

Respectfully Submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

s// Steven D. Bryant

STEVEN D. BRYANT
Trial Attorney
United States Department of Justice
Environment and Natural Resources
Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Email: steven.bryant@usdoj.gov
(202) 305-0424
(202) 305-0506