**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS H. ASKINS, JR., et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 07-650L** |
| **v.** | ) | |
| | ) | **Honorable Victor J. Wolski** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF**
**TIME IN WHICH TO FILE RESPONSE TO COMPLAINT**

Defendant, United States, hereby moves pursuant to RCFC 6(b) for an enlargement of time of fourteen (14) days from the current deadline, to and including Monday, November 19, 2007, in which to respond to plaintiff's Complaint. The Answer is currently due on Monday, November 5, 2007. This is defendant's first request for an extension of time.

In lieu of an Answer, defendant will file a motion to dismiss pursuant to RCFC 12(b)(1). This enlargement of time is necessary, in part, because counsel for defendant will be on business-related travel October 29 through November 1, and personal travel on November 5, 2007. Further, additional time is necessary to coordinate the motion to dismiss with agency counsel.

Counsel for plaintiff does not oppose granting of this motion for an enlargement of time.

Accordingly, defendant respectfully moves for an enlargement of time of fourteen (14) days from the current deadline, to and including Monday, November 19, 2007, in which to respond to plaintiff's Complaint.

Dated: October 23, 2007

Respectfully submitted,

Ronald J. Tenpas
Environment & Natural Resources Division
Acting Assistant Attorney General

s/ Steven D. Bryant

Steven D. Bryant
Attorney of Record
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424 (phone)
(202) 305-0506 (fax)
steven.bryant@usdoj.gov