IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

NO. 01-201L
Judge Victor J. Wolski

DEPOSITION UPON ORAL EXAMINATION
OF THOMAS H. ASKINS, JR.,
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

August 2, 2005

Appearances:

HOFHEIMER/FERREBEE, P.C.
By: KRISTEN D. HOFHEIMER, ESQUIRE
Counsel for the Plaintiffs

ORIGINAL

observation, at least of the noise or the overflights, did that change? Would you say it was definitely with the arrival of at least the F-18s, the F-18Cs, or prior to that?

A. About the time the F-18 showed up.

Q. When do you recall that happening?

A. Right about 1998.

Q. Okay. You say 1998. Is there something you are associating that with or what happened in 1998, anything of significance that happened with that?

A. Well, I retired that year, so maybe I was home more.

Q. Okay.

A. But you could just tell it was an increase, seemed like a tempo of events and the increased noise from the specific airplanes.

Q. You mentioned that since you said you were home more often?

A. Right.

Q. From your experience from 1976 to 1998 how often were you at home, or were you basically on the road?

A. Right. Normally I would -- and this varied widely. Normally I would be gone three or four days. I would be gone three or four days. When I was gone I was gone. When I was home I was home the whole time. So it's not like I was not here 8 o'clock to five o'clock in the

present in the area and at Oceana.

Let's go -- let's back up prior to 1998. Obviously, you were still working, but did you know or did you attend any of the public scoping hearings regarding under the National Environmental Policy Act, there were some public scoping hearings?

A. Yes.

Q. Prior to the arrival of the F-18s. Did you attend any of those meetings?

A. I don't think so.

Q. That was prior to 1998?

A. I would say no. I don't think so. That would be the scoping hearings with the --

Q. This is back --

A. Cecil Field.

Q. Correct. There was public hearings held prior to the move of the F-18s concerning the proposal to move the F-18s from Cecil Field, Florida to Virginia Beach. That definitely occurred prior to 1998. So that's what I'm trying to figure, did you attend any of those hearings?

A. No.

Q. In 1998, your experience in 1998 when you claim the F-18s were flying around your home, let's go through at least the overflights over your home. Did that increase compared to prior to 1998? And this time, though, the

Q. Okay.

A. Well, my yard is heavily wooded, so I can't really look over and see them where they are from my house. But I can see them when they come right over, so I don't know if it's the same jet or 15 of them. I just don't know. There is no way for me to know.

Q. From your vantage point, since you mention it's heavily wooded, you really couldn't gauge the altitude. Could you see the markings of the plane, the side number or at least the squadron number? Could you see any markings on the plane from where you are standing?

A. Well, you can see markings on them, but I don't know --

Q. Can you distinguish what the markings were to the point that you --

A. No.

Q. Let's say at any point in time from 1976 to the present day, have you ever done noise recordings of the jets that are flying by your home?

A. Yes.

Q. Okay. And describe at what times did you do those recordings?

A. Well, I have a voice -- I mean a noise monitor I bought at Radio Shack, and I would do that from time to time. I really didn't keep a log of it. One day several

years ago --

Q. How long have you been doing that with the noise monitor, in terms -- when did you start? You said it's on and off?

A. Probably five years ago.

Q. Go ahead.

A. On one occasion, when the jets were flying over very, very low and very loud, and I believe it was an FCLP pattern, they were coming over the house and also right off of Laskin Road. Down where the intersection of Laskin and Winwood is, there's a church, a Lutheran church -- I think it's Lutheran -- my son and I went down and took videos of the jets coming over, and I gave a rendition of them and we took the noise meter and listened to them.

Q. So you did a noise recording and a video recording?

A. Yes.

Q. The video recording was how long ago did you say? Was that two years ago?

A. Yes, a couple of years ago. Maybe three. Two or three. Two. I think I gave it to Jack, I believe, but I don't know. It's all dated on the thing.

Q. Okay. But you believe you gave it to Mr. Ferrebee?

A. I believe I did.

Q. Any other times you have done any type of video recordings?

A. Yes. I have done some but I don't -- I didn't really keep them. I just left it on the video with some other information.

Q. Is it possible you may still have it on there, or you believe you may have re-recorded over it?

A. I don't know. I've got so many of them.

Q. But noise meters, I just want to be sure, you said you maintained no logs of recordings in terms of specific dates or times?

A. No.

Q. The one thing I have read or noticed, I have gone through some of the newsletters that were sent by e-mail from the Concerned Citizens Against Jet Noise?

A. Yes.

Q. And I see your name, basically your name is a point of contact, or e-mail address?

A. It was at one time.

Q. That's what I'm going to start back to. When did you -- when did you become involved in Concerned Citizens Against Jet Noise?

A. Citizens Concerned About Jet Noise.

Q. Citizens Concerned About Jet Noise; excuse me.

A. It was after I retired. It must have been about

'99. Probably after '98, '99, somewhere in that area.

Q. And how did you learn about the organization? Did you get a flier? Did you hear something?

A. No, a neighbor told me. Dr. Stokely. Stokes. Not Stokely; Stokes. He was a dentist. He lived right down the road. He one day said you ought to come to -- they had a meeting, Shick and the guys who were running it at that time. So I went to a meeting and talked to them, and they thought I might be of some assistance.

Q. Where was the meeting at? Somebody's home?

A. I think it was at a school.

Q. At a school?

A. Yes. They had some meetings at the time that were, the public was invited.

Q. So you mentioned Captain Shick and you mentioned Mr. Stokely.

A. Right.

Q. After going to that first meeting which you think was in 1999, how did your involvement -- well, when you said they thought that you might have -- that your background may be of some interest to the organization, at least, why was that? What in your background did they believe --

A. Well, I was a former Navy pilot, and I had extensive experience in flying civilian aircraft. So I guess they thought I could be of some help. Maybe technical