**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROLE and ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. ____________ |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**<u>MOTION FOR CLASS CERTIFICATION</u>**

Plaintiffs, by and through counsel, request that this Court certify a Class of persons whose use and enjoyment of their residential real property was destroyed or substantially interfered with on and after July 1, 1999 by the operation over and around Plaintiffs' property of F/A-18 fighter jets from Naval Air Station Oceana and Naval Auxiliary Landing Field, Fentress, which constitutes a taking by the United States without payment of just compensation. The Classees of Plaintiffs are:

<u>Class 1 – 80 + dB DNL</u>

Owners of all residential properties as of July, 1998, located in a noise zone of 80 or more dB DNL in the 1999 Noise Contours for NAS Oceana or NALF Fentress and in a noise zone of at least 5 dB DNL lower in the 1997 Noise Contours, both as established by Wyle Laboratories, Inc. in Report 97-10 dated February, 1998.

Class 2 – 65-79 dB DNL

Owners of all residential properties as of July, 1998, located in a noise zone of 65-79 dB DNL in the 1999 Noise Contours for NAS Oceana or NALF Fentress and in a

noise zone of at least 5 dB DNL lower in the 1997 Noise Contours, both as established by Wyle Laboratories, Inc. in Report 97-10 dated February, 1998.

Plaintiffs, in support of this Motion,, rely upon the record herein, the Complaint filed herewith, and the supporting Memorandum of Law with Exhibits.

Respectfully submitted,

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
kquinn@quinnlaw.com

Attorney of Record for
Plaintiffs under
Rule 81(d)

Of Counsel

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204

(410) 825-2300
mwofl@quinnlaw.com

Thomas Shuttleworth
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, VA 23452
(757) 671-6000
shuttleworth@srgslaw.com

Stephen C. Swain
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, VA 23452
(858) 671-6000
sswain@srgslaw.com

Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, VA 23452
lwoodward@srgslaw.com

Jack E. Ferrebee
Law Office of Jack E. Ferrebee
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23452
(757) 425-2234
ferrebee@whro.net

Charles R. Hofheimer
Charles R. Hofheimer, P.C.
Ocean Plaza Corporate Center
303 34th Street, Suite 8
Virginia Beach, VA 23451
(757) 425-5200

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___ day of April, 2001, a copy of the foregoing Motion for Class Certification was served by first class mail, postage prepaid on:

James Brookshire, Esquire
U. S. Department of Justice
601 Pennsylvania Avenue, Room 835
Washington, D. C. 20044-0663

______________________________
Kieron F. Quinn