07/29/2004
ORIGINAL PLEADING
INDEX NO. PL 302

# In the United States Court of Federal Claims

No. 01-201L
(Filed July 29, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On July 20, 2004, the Court held a status conference in the above-referenced case, as well as the cases *Douglas & Tara Burlage, et al. v. United States*, No. 04-120L, *Lewit F. Adams, et al. v. United States*, No. 04-279L, and *James & Janice Anderson, et al. v. United States*, No. 04-333L. A further status conference will be held in the above referenced case by telephone on Thursday, September 16, 2004 at 10:00 a.m.

In advance of this status conference, the parties shall file a joint status report with the Clerk of the Court by Monday, September 14, 2004. Furthermore, as discussed at the above-referenced status conference, each side shall file with the Court by September 9, 2004 a legal memorandum no longer than 20 pages addressing the question of whether the plaintiffs' filing of their motion for class certification tolled the statute of limitation for all potential class members, during the pendency of that motion.

The parties are reminded to send copies of time-sensitive documents to each other and also to Chambers via facsimile **((202) 208-3462)** or e-mail (Wolski_Chambers@ao.uscourts.gov), in addition to using regular methods of filing and service.

**IT IS SO ORDERED.**

**VICTOR J. WOLSKI**
Judge