# In the United States Court of Federal Claims

No. 07-651L
(Filed January 11, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**THOMAS F. ABERNETHY, JR.** *
**et al.,** *
Plaintiffs, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed defendant's unopposed motion for a week's enlargement of time in which to reply to plaintiffs' opposition to its motion to dismiss, or alternatively, for summary judgment. The motion is **GRANTED**. Defendant shall reply on or by **January 25, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge