**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

(E-Filed: January 25, 2008)

| | | |
|---|---|---|
| THOMAS J. ASKINS, et al., for themselves and on behalf of a class of persons similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-650 L<br>Honorable Victor J. Wolski |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Pursuant to RCFC 5.3(b)(2) the United States respectfully moves the Court to permit it to exceed the 20 page limitation for reply memoranda, by 9 pages. The complexity of the issues related to tolling and class actions necessitated exceeding the page limitation. Defendant notes that its reply memorandum is identical to the memorandum filed in the related case Abernethy v. United States, No. 07651L with the exception of Section III, which addresses the applicability of tolling to successive class actions. Counsel for Plaintiffs does not oppose the motion. Therefore, Defendant moves for leave to exceed the page limitation by 9 pages.

Dated this 25th day of January, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s// Steven D. Bryant____________________
STEVEN D. BRYANT
Environment & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
202-305-0424
steven.bryant@usdoj.gov
Counsel for Defendant

Of Counsel:
ROBERT J. SMITH
Navy Litigation Office
Washington, D.C. 20374