# In the United States Court of Federal Claims

No. 07-650L
(Filed January 28, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

**THOMAS H. ASKINS JR. et al.,**

Plaintiffs,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed defendant's unopposed motion for leave to exceed the twenty-page limitation for reply memoranda under RCFC 5.2(b)(2). The motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge