# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **THOMAS H. ASKINS, JR., et al.** | ) | |
| | ) | |
| ***For Themselves and on behalf of a class Of those who are similarly situated,*** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No. 07-650L** |
| | ) | **Honorable Victor J. Wolski** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Plaintiffs, by and through their undersigned counsel, respectfully move for leave to file a Sur-Reply Memorandum to Defendant's Reply in Support of Defendant's Motion to Dismiss or, alternatively, for Summary Judgment.

Currently pending before the Court in the case styled, *Thomas F. Abernethy, et al v. United States*, No. 07-651L, is a motion that is virtually identical to the present motion in this case. The *Abernethy* and *Askins* cases are related and the Parties in both cases are represented by the same attorneys. Plaintiffs incorporate the grounds for granting leave to file a sur-reply that are set forth in the *Abernethy* motion as if fully set forth herein. The issues to be addressed in the sur-reply are the same and the basis for granting both motions is the same.

WHEREFORE, Plaintiffs request that the Court enter an Order allowing Plaintiffs to file a Sur-Reply Memorandum to Defendant's Reply in Support of Defendant's Motion to Dismiss

or, Alternatively, for Summary Judgment on or before February 22, 2008, and granting such further relief as justice demands.

Respectfully submitted,

Date: February 12, 2008

s/Martin E. Wolf
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue
Suite 402
Towson, MD 21204
(410) 825-2300
(410) 825-0066 fax
mwolf@quinnlaw.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
102 W. PennsylvaniaAvenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
kfquinn@quinnlaw.com

Kristen D. Hofheimer
Charles R. Hofheimer
Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com
jferrebee@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Charles Lustig
Shuttleworth, Ruloff, Swain, Haddad & Morecock
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
tshuttleworth@srgslaw.com
scswain@srgslaw.com
clustig@srgslaw.com