# In the United States Court of Federal Claims

No. 07-650L
(Filed February 14, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**THOMAS H. ASKINS JR. et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed plaintiffs' motion for leave to file a sur-reply to defendant's reply in support of defendant's motion to dismiss or, alternatively, for summary judgment. Plaintiffs have represented to the Court that they anticipate the government will object to this request. Since the oral argument on the government's motion is scheduled for the near future (March 13, 2008), and plaintiffs' proposed filing date for the sur-reply is February 22, 2008, an expedited response would be appropriate. Therefore, defendant shall file its response on or by Friday, **February 15, 2008.**

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge