# In the United States Court of Federal Claims

**07-650L & 07-651L**

**Filed: April 14, 2008**

**THOMAS ASKINS AND**
**THOMAS ABERNATHY**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in Washington, D.C.**
**March 13, 2008**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.